```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 21072
   ALISON J NORWOOD
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-2789
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/09/07 and confirmed on 02/15/08.

   2.  The case was converted to Chapter 7 after confirmation, 02/02/2009.

   3.  The Debtor paid a total of $   1100.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| BANK OF AMERICA NA | CURRENT MORTG | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1348.99 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2227.11 | .00 | .00 |
| JW TURF | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | 1196.33 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 3154.47 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10298.46 | .00 | .00 |
| SHOPPERS CHARGE ACCOUNTS | UNSECURED | 4385.04 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 702.67 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1416.98 | .00 | .00 |
| THD CBSD | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 9978.76 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 1061.57 | .00 | .00 |

          Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 35770.38 | .00 | 35770.38 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ILLINI LEGAL SERVICES         , was allowed $   3500.00
and was paid $   2000.00  direct and $   1037.20  through the plan.

The Trustee received $     62.80 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE